802

No. 819. BEN H. ROSENTHAL & Co., INC. ET AL. *v.* PORTER, PRICE ADMINISTRATOR;

No. 820. BORIN ET AL. *v.* PORTER, PRICE ADMINISTRATOR; and

No. 821. RUBIN ET AL. *v.* PORTER, PRICE ADMINISTRATOR. March 3, 1947. Petition for writs of certiorari to the United States Emergency Court of Appeals dismissed on motion of counsel for the petitioners. *W. B. Harrell* and *J. Manuel Hoppenstein* for petitioners. 

No. 110, Misc. EX PARTE BARRON. March 3, 1947. Motion for leave to file petition for writ of habeas corpus denied.

No. 443. PAULY *v.* McCARTHY ET AL., TRUSTEES. 

Argued March 6, 1947. Decided March 10, 1947. *Per Curiam:* Judgment reversed. *Bailey* v. *Central Vermont R. Co.,* 319 U. S. 350; *Ellis* v. *Union Pacific R. Co.,* 329 U. S. 649. *Parnell Black* argued the cause for petitioner. With him on the brief were *Calvin W. Rawlings* and *Harold E. Wallace.* *W. Q. Van Cott* argued the cause for respondents. With him on the brief was *Dennis McCarthy.*

No. 543. FEDERAL POWER COMMISSION ET AL. *v.* ARKANSAS POWER & LIGHT CO. 

 Argued March 5, 1947. Decided March 10, 1947. *Per Curiam:* Judgment reversed on the ground that respondent has failed to exhaust its administrative remedies. *Myers* v. *Bethlehem Shipbuilding Corp.,* 303